# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **DEONTA HICKS,** | ) | Civil Case No. 7:12cv00069 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| **TRACY RAY,** *et al.*, | ) | By: Norman K. Moon |
| Respondents. | ) | United States District Judge |

This matter is before the court upon Deonta Hicks' "notice of appeal" and motion for an extension of time to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, because Hicks' "notice of appeal" and motion do not raise any potential grounds for habeas relief, this court lacks jurisdiction to consider the submissions. United States v. White, 257 F. App'x 608 (4th Cir. 2007) (citing United States v. Leon, 203 F.3d 162, 163-64 (2d Cir. 2000)); Turner v. Unknown, No. 3:11CV791, 2012 U.S. Dist. LEXIS 460 (E.D. Va. Jan. 3, 2012). Accordingly, the court will deny Hicks' motion for an extension of time and dismiss this action without prejudice.

The Clerk of the Court is directed to send a copy of this memorandum opinion to petitioner.

**ENTER**: This 27th day of February, 2012.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE