# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **DEONTA HICKS,** | ) | Civil Case No. 7:12cv00069 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **TRACY RAY,** *et al.*, | ) | By: Norman K. Moon |
| Respondents. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that the Hicks' motion for an extension of time (Docket No. 2) is **DENIED** and this action pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

Further, finding that Hicks has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a copy of this order and the accompanying memorandum opinion to petitioner.

**ENTER**: This 27th day of February, 2012.

_/s/ Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE